**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | Chapter 7 |
| Prehired, LLC., *et al*.,[1] | Case No. 22-11007 (JTD) |
| Debtors. | Jointly Administered |
| | RE: D.I. 68 |

**CERTIFICATE OF COUNSEL REGARDING DEBTORS' APPLICATION FOR ENTRY OF AN ORDER UNDER SECTIONS 327(a), 328(a), AND 1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF PASHMAN STEIN WALDER HAYDEN, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 27, 2022**

The undersigned counsel to the above-captioned debtors and debtors in possession (collectively the "Debtors") hereby certifies as follows:

1. On November 15, 2022, the Debtors filed the *Debtors' Application for Entry of an Order Sections 327(a). 328(a). and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016 and Local Rules 2014-1 and 2016-1 Authorizing Retention and Employment of Pashman Stein Walder Hayden, P.C. as Bankruptcy Counsel for the Debtors* Nunc Pro Tunc *to October 27, 2022* [D.I. 68] (the "Application").

2. Pursuant to the Notice of Application, the deadline to file objections or responses to the Application were to be filed and served no later than November 29, 2022, at 4:00 p.m. (ET).

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number and each Debtor's business address, are Prehired Recruiting, LLC (4322), 8 The Green, Suite B, Dover, DE 19901; Prehired Accelerator, LLC (7910), 7910 4th St. N., St. Petersburg, FL, 33702; and Prehired, LLC (0436), 8 The Green, Suite B, Dover, DE 19901.

3. The Debtors received informal comments to the relief requested in the Application from the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee"). Besides the informal comments from the U.S. Trustee, the Debtors has received no other objection or informal comments to the Application, and no objection of other responsive pleading to the Application appears on the Court's docket.

4. The Debtors have revised the form of order granting the relief requested in the Application (the "Revised Order") to resolve the informal comments of the U.S. Trustee.

5. For convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the form of order attached to the Application is attached hereto as **Exhibit B**.

6. The U.S. Trustee has reviewed the Revised Order and does not object to its entry.

WHEREFORE, the Debtors respectfully requests that Court enter the Revised Order substantially in the form attached here as **Exhibit A** at the earliest convenience of the Court.

Dated: November 30, 2022
       Wilmington, Delaware

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona II*
Joseph C. Barsalona II (No. 6102)
1007 North Orange Street 4th Floor #183
Wilmington, DE 19801-1242
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com

-and –

Richard C. Solow (admitted *pro hac vice*)
The Woolworth Building
233 Broadway, Suite 820
New York, New York 10279
Email: rsolow@pashmanstein.com

*Proposed Counsel to the Debtor and Debtor in Possession*