# **Exhibit B**

Blackline

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter ~~11~~7 |
| Prehired, LLC., *et al*.,[1] | Case No. 22-11007 (JTD) |
| Debtors. | Jointly Administered |
| | RE: D.I. ~~__~~ 68 |

**ORDER UNDER SECTIONS 327(a), 328(a), AND 1107(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES 2014 AND 2016 AND LOCAL RULES 2014-1 AND 2016-1 AUTHORIZING RETENTION AND EMPLOYMENT OF PASHMAN STEIN WALDER HAYDEN, P.C. AS BANKRUPTCY COUNSEL FOR THE DEBTORS *NUNC PRO TUNC* TO OCTOBER 27, 2022**

Upon the application (the "Application")[2] of the above-captioned debtors and debtors in possession (collectively the "Debtors") for entry of an order (this "Order"), pursuant to sections 327(a), 328(a), and 1107(b) of the Bankruptcy Code, Bankruptcy Rules 2014 and 2016, and Local Rules 2014-1 and 2016-1 authorizing the retention and employment of Pashman Stein Walder Hayden, P.C. ("Pashman") as bankruptcy counsel to the Debtors *nunc pro tunc* to October 27, 2022, and upon the First Day Declaration; and upon the Barsalona Declaration attached to the Application; and the Court being satisfied that Pashman represents no interest adverse to the Debtors' estates, that Pashman is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, and that the retention and employment of Pashman is necessary and in the best interest of the Debtors and their estates; and the Court having

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number and each Debtor's business address, are Prehired Recruiting, LLC (4322), 8 The Green, Suite B, Dover, DE 19901; Prehired Accelerator, LLC (7910), 7910 4th St. N., St. Petersburg, FL, 33702; and Prehired, LLC (0436), 8 The Green, Suite B, Dover, DE 19901.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

jurisdiction to consider the matters raised in the Application pursuant to 28 U.S.C. § 157(b)(2)(A); and sufficient notice of the Application having been given; and this Court having determined that the relief requested in this Application is just and proper; and after due deliberation and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Application is granted to the extent set forth herein.

2. The Debtors are authorized to retain and employ Pashman as their attorneys in these chapter 11 cases *nunc pro tunc* to October 27, 2022, through and including the date the above-captioned chapter 11 cases were converted to cases under chapter 7 of the Bankruptcy Code, or November 22, 2022.

3. The compensation to be paid to Pashman for professional services rendered and reimbursement for expenses incurred shall be determined by this Court upon proper application pursuant to sections 330 and 331 of the Bankruptcy Code.

4. Pashman is authorized to hold the Current Advance as security throughout the Debtors' bankruptcy cases until Pashman's fees and expenses are awarded and payable to Pashman on a final basis. Any unused amounts of the Current Advance after application of all allowed fees and expenses to Pashman, if any, shall be returned to the Debtors' estates.

5. The Debtors are authorized and empowered to take such actions as may be necessary and appropriate to implement the terms of this Order.

| Summary report: Litera Compare for Word 11.3.0.46 Document comparison done on 11/30/2022 2:27:21 PM ||
|---|---|
| **Style name:** Default Style ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://pswh-mobility.imanage.work/IMANAGE/3260954/1 ||
| **Modified DMS:** iw://pswh-mobility.imanage.work/IMANAGE/3260955/1 ||
| **Changes:** ||
| Add | 5 |
| Delete | 2 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |