IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PREHIRED, LLC, *et al.*, | ) | Case No. 22-11007 (JTD) |
| | ) | |
| | ) | **Re: D.I. 222** |
| Debtors. | ) | |

## ORDER DENYING INTERVENOR JORDAN'S MOTION TO ENFORCE THE FINAL JUDGMENT AND ORDER FOR DECLARATORY JUDGMENT, INJUNCTIVE RELIEF, CONTEMPT SANCTIONS, AND FOR DAMAGES, LEGAL FEES, AND EXPENSES

On June 20, 2024, Joshua Jordan filed the Motion to Enforce the Final Judgment and Order for Declaratory Judgment, Injunctive Relief, Contempt Sanctions, and for Damages, Legal Fees, and Expenses ("Motion"). [D.I. 222]. For the reasons stated on the record, the Motion is denied.

Dated: October 11, 2024

_____
JOHN T. DORSEY, U.S.B.J.