# EXHIBIT B

Original Exhibit to Jordan's Response Letter to Trustee dated 10/16/2024.



**Wells Fargo**
Fraud & Claims Management
MAC N0977-112 FLM
PO Box 5108
Sioux Falls, SD 57117-5106

November 28, 2023

PREHIRED ACCELERATOR LLC
1650 INDY DR
NORTH CHARLESTON, SC 29405-5176

Account Number(s): XXXXXX4073

Dear Customer(s):

Wells Fargo performs ongoing reviews of its account relationships in connection with the Bank's responsibilities to manage risks in its banking operations. We recently reviewed your account relationship and, as a result of this review, we will be closing your above referenced accounts. The accounts are expected to close by January 2, 2024 or you may contact the Bank to initiate closure at an earlier date.

The Bank's decision to close your accounts is final. Please note that the Bank reserves the right to close the subject accounts sooner than January 2, 2024 if circumstances arise that warrant an earlier closing. Also, be aware that some circumstances may delay the closure of your accounts. To learn more, refer below to "What may delay account closure?"

Please review the following important information to help you prepare for this transition.

**What this means for the accounts listed above as of the date of this letter:**

- You may access any available funds until the account is closed.
  - We will only authorize new withdrawals or payments from your account if you have sufficient available funds in that account, or in an account linked for overdraft protection.
  - We must pay certain transactions that are received for processing before your account closes, even if this creates a negative balance in your account.
    - This includes the payment of any previously authorized transactions (for example, debit card purchases), but no overdraft fees will be assessed if you do not have sufficient funds in your account.
  - We must also process the reversal of any previously credited deposits that are returned unpaid and may assess a returned deposited item fee.
  - If your account does not have sufficient funds, then previously established recurring payments will be declined and checks will be returned unpaid. While we will not assess an insufficient funds fee on these transactions, the merchant you attempted to pay may assess returned payment fees. Contact these merchants as soon as possible to make other payment arrangements.
- If you have recurring deposits, (for example, your paycheck or pension) please redirect the deposits to a non-Wells Fargo account.
- Any recurring or automatic bill payments set up from the accounts will need to be canceled or changed to a non-Wells Fargo account.



**WELLS FARGO**

Fraud & Claims Management
MAC N0977-112 FLM
PO Box 5106
Sioux Falls, SD 57117-5106

November 28, 2023

PREHIRED RECRUITING LLC
1650 INDY DR
NORTH CHARLESTON, SC 29405-5176

Account Number(s):   XXXXXX8096

Dear Customer(s):

Wells Fargo performs ongoing reviews of its account relationships in connection with the Bank's responsibilities to manage risks in its banking operations. We recently reviewed your account relationship and, as a result of this review, we will be closing your above referenced accounts. The accounts are expected to close by **January 2, 2024** or you may contact the Bank to initiate closure at an earlier date.

The Bank's decision to close your accounts is final. Please note that the Bank reserves the right to close the subject accounts sooner than **January 2, 2024** if circumstances arise that warrant an earlier closing. Also, **be aware that some circumstances may delay the closure of your accounts.** To learn more, refer below to "What may delay account closure?"

Please review the following important information to help you prepare for this transition.

**What this means for the accounts listed above as of the date of this letter:**

- You may access any available funds until the account is closed.
    - We will only authorize new withdrawals or payments from your account if you have sufficient available funds in that account, or in an account linked for overdraft protection.
    - We must pay certain transactions that are received for processing before your account closes, even if this creates a negative balance in your account.
        - This includes the payment of any previously authorized transactions (for example, debit card purchases), but no overdraft fees will be assessed if you do not have sufficient funds in your account.
        - We must also process the reversal of any previously credited deposits that are returned unpaid and may assess a returned deposited item fee.
    - If your account does not have sufficient funds, then previously established recurring payments will be declined and checks will be returned unpaid. While we will not assess an insufficient funds fee on these transactions, the merchant you attempted to pay may assess returned payment fees. Contact these merchants as soon as possible to make other payment arrangements.
- If you have recurring deposits, (for example, your paycheck or pension) please redirect the deposits to a non-Wells Fargo account.
- Any recurring or automatic bill payments set up from the accounts will need to be canceled or changed to a non-Wells Fargo account.