# Exhibit 3

# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE

P. O. BOX 1150

WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

October 21, 2024

VIA ELECTRONIC MAIL AND
US FIRST CLASS MAIL
Joshua Jordan
3223 Twin Church Road
Timmonsville, SC 29161

VIA US FIRST CLASS MAIL
Fourletter, LLC
Attn: Joshua Jordan
3223 Twin Church Road
Timmonsville, SC 29161

RE: In re: Prehired, LLC, *et al.*
(Case No. 22-11007 (JTD)) (Jointly Administered)

**Withdrawals from Wells Fargo Business Checking Accounts**

Dear Mr. Jordan:

The Trustee is in receipt of your letter responding to his demand for the immediate turnover and payment of $79,000 of estate funds withdrawn by you from various Wells Fargo accounts. Unfortunately, you appear to read or interpret the Trustee's demand as an invitation to negotiate. It is (and was) not. Indeed, there is no discussion or negotiation to be had here. Short of full and immediate compliance with the demand made, the Trustee will move forward and seek relief from the Bankruptcy Court to the fullest extent permitted by law, including the imposition of sanctions for your knowing and willful violation of the automatic stay. The Trustee is duty bound to pursue full recovery of estate property wrongfully withdrawn and converted by you, and he intends to faithfully (and zealously) carry out that duty.

This is, by any measure, a serious matter. As the Trustee believes your (and Fourletter's) actions may give rise to potential criminal liability (apart from the civil liability referenced herein), you may wish to consult with appropriate counsel. All rights are reserved.

Sincerely,

*Ricardo Palacio*

Ricardo Palacio

cc: Don A. Beskrone, Trustee

{02058597;v1 }